IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.      21-mj-00186-SKC

UNITED STATES OF AMERICA,

       Plaintiff,

v.

THOMAS PATRICK HAMNER,

       Defendant.

_____

NOTICE OF APPEARANCE
_____

     The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

                          Respectfully submitted,

                          VIRGINIA L. GRADY
                          Federal Public Defender

                          s/ Jennifer Beck
                          JENNIFER BECK
                          Assistant Federal Public Defender
                          633 17th Street, Suite 1000
                          Denver, CO  80202
                          Telephone:  (303) 294-7002
                          FAX:  (303) 294-1192
                          Jennifer_Beck@fd.org
                          Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Daniel McIntyre, Assistant United States Attorney
Email: daniel.mcintyre@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Thomas Patrick Hamner (Via U.S. Mail)

s/ Jennifer Beck
JENNIFER BECK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Jennifer_Beck@fd.org
Attorney for Defendant