IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 21-mj-00186-SKC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THOMAS PATRICK HAMNER,

        Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 10th day of November, 2021.

                MATTHEW T. KIRSCH
                Acting United States Attorney

BY:   *s/ Andrea Surratt*
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Phone: (303) 454-0100
        Fax: (303) 454-0401
        Email: asurratt@usa.doj.gov
        Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of November, 2021, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record:

                                        *s/ Ian McCandless*
                                        Legal Assistant
                                        U.S. Attorney's Office