## LESLIE L. NORDYKE, CPA, P.C.
Certified Public Accountant

104 South Cascade Avenue, Suite 205 / Colorado Springs, CO 80903 / t (719) 900-5590 / f (719) 900-5591

November 11, 2021

Re: Thomas P. Hamner

To Whom It May Concern:

I have known and worked with Tom and Steffany Hamner for nearly two years now. They were first introduced to me in December 2019 via another client of mine. Tom and Steffany were in need of a CPA to work with them in their new business.

I have thoroughly enjoyed working with Tom and Steffany. They are very good clients and always want to do things the right way and will do what I tell them to do to make sure they/we are doing things correctly.

What impressed me from the very beginning and has continued to impress me is how they, and specifically Tom, take care of their employees. For example, when I first started working with them, I noticed a higher figure than I expected in the category of meals. Come to find out, Tom regularly buys lunch for his employees. Of course, I let them know we cannot deduct those meals on a regular basis, but they didn't really care too much that they couldn't deduct them. In the beginning, we had to do quite a lot of accounting in the category of Employee Advances, because they regularly pay rent deposits, rent, even furniture for their employees and then allow them to slowly pay off these bills via paycheck deductions. Because of the line of work they are in, their employees often have little to nothing, and again, they, and specifically Tom, take very good care of them.

Tom Hamner is the backbone, the critical person, to this business. If he were away for an extended period of time, I'm certain the business would collapse. This would mean the loss of a job for somewhere around 7 to 10 employees, not to mention the loss of work for many sub-contractors that work for them. As their CPA for their business and individually, I have NO idea how their family would survive! Steffany does a very good job assisting Tom in the business, but if the business would collapse, she would have a hard time finding a job for much more than $15 per hour. Being a new business, they have a large debt load, as many new businesses do as they try to get off the ground, and I'm certain it would completely bankrupt the business and them personally.

In my opinion, Tom would certainly not be a flight risk. If he received the opportunity to not be detained, he would continue to do what he always does, work very hard, take care of his family, his business, his employees, his sub-contractors, his customers, his community, etc.

Thank you for the opportunity to speak on behalf of Thomas P. Hamner.

Kind Regards,

*Leslie Nordyke, CPA*

Eugene Valerio
6173 Cider Mill Place
Colorado Springs, CO 80925

RE: Thomas Hamner

To Whom It May Concern:

I have worked for Granite Transformations DBA Tile One by One for 13 years. Tom took over Granite Transformations 2 years ago. Before he took over the company, I felt like maybe I needed to make a change in what I was doing as my job. Tom made me want to continue with my employment with the company.

As his employee he has been trustworthy and loyal to me. His family needs him and depends on him both financially and relationship wise. He has ties in the community which makes him an asset.

Sincerely,


Eugene Valerio

To Whom it May Concern,

I'm writing a letter out of concern for a friend (Tom Hamner) in addition to him being our friend, we also have a major home improvement project that won't be completed long as Tom is unable to get back to everyday life. He literally is Granite Transformations not only on our project but I would easily imagine on all of the current projects the company has going on now.

I've known Tom for 7+ years and was his neighbor at one point and time for about 1 year out of the 7 years. I've recently reconnected with Tom 4 months ago when we decided to get bids on completing Home Improvements. Once he walked in our house, I knew we were going with Granite Transformations to start and finish our home improvement project. He's the same kind-hearted, responsible, dedicated family man, accountable and over all a great person that I got to know over 7 years ago when we lived a few doors away from one another. We have so much trust with the company (him & Steffany) that we even paid for our home improvement project in full without it being 100% completed. This is impacting our household double fold, home improvement project and on a personal level. When it comes to current events, news and watching TV I'm significantly out of the loop and wouldn't be able to talk intelligently about a lot of topics but I do feel confident that getting to know Tom again these last 4 months and prior time spent is compelling me to write the letter.

In my opinion based on multiple factors, it's 100% common sense that Tom is not a risk at all to himself or others and should be without a doubt allowed to get back to everyday life. In the meantime, of course he would work with authorities while he continues to provide for his family and his customer(s). That's his overall character and being accountable. All we can do is hope he is released immediately to get back to everyday life and again I'm confident he will see it through with the authorities to get that resolved and behind him and his family. Any questions or concerns please reach out to me, happy to stand up for Tom based on what I know of him and get this situation behind him.

Sincerely,

Kevin Ray

4780 Dover Drive

COS, CO 80916

November 12, 2021

Dear Honorable Judge,

    My name is Steffany Hamner, I am the wife of Thomas Patrick Hamner. Thomas have been together for more than 7 years now and married for 5. During that time, we have accomplished many of our goals, both personally, and professionally. Our blended family has grown and we now have a total of 7 children (three are mine, three are his, and we share one son) who's ages range from 4 years of age to 26 years of age. Thomas is a dedicated Christian father and husband who devotes his time to his family, his church, and his community in all aspects of his life.

    Thomas has been a successful entrepreneur for the majority of his life and has over 25 years of experience in the construction industry with a specialty skillset in tile. His business, One By One Tile & Stone, LLC. has an impeccable reputation in Colorado and he comes highly recommended by his past and current customers. Our other business, Granite Transformations of Colorado Springs & Castle Rock was purchased two years ago and currently has 10 employees that are directly supervised and managed by Thomas. Our customers rely on Thomas and his expertise for a variety of project scopes. We currently have several jobs in progress that require Tom's immediate involvement…as Tom is the only person at our company that has the skillset to address these project needs.

    Thomas is also highly involved in his community. He participates in school board meetings through Colorado Springs D20, D11 and Peyton D49 and parents rely on him to help them in their journey of any issues they may be having with their child's school. Thomas is an active member at our church – The Road @ Chapel Hills in Colorado Springs. Thomas attends the weekly men's meeting at 6am every Tuesday at The Road. Thomas is a member of FEC United and supports other small business owners . In addition to all of these facts, I feel it is important to note that Thomas Hamner is not a flight risk whatsoever. He has contractual obligations to his Franchise Agreement and business as well as a family to support whom he is dedicated to. He also owns a rental property and has obligations to his tenants as well.


    Steffany Hamner
    720-272-0219
    10442 Beckham St.
    Peyton, CO. 80831

11/11/21, 2:27 PM

Colorado Secretary of State - Summary





About Secretary Griswold | Español

**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | | | |
|---|---|---|---|
| Name | One By One Tile & Stone LLC | | |
| Status | Good Standing | Formation date | 01/28/2014 |
| ID number | 20141067194 | Form | Limited Liability Company |
| Periodic report month | January | Jurisdiction | Colorado |
| Principal office street address | 519 Swope Ave, Colorado Springs, CO 80909, Colorado, United States | | |
| Principal office mailing address | n/a | | |

| Registered Agent | |
|---|---|
| Name | thomas patrick hamner |
| Street address | 519 Swope Ave, Colorado Springs, CO 80909, United States |
| Mailing address | n/a |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[ Back ]

Terms & conditions | Browser compatibility

11/11/21, 2:26 PM                                         Colorado Secretary of State - Summary




**For this Record...**
Filing history and documents
Trade names
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | | | |
|---|---|---|---|
| Name | OBOTS Enterprises Inc. | | |
| Status | Good Standing | Formation date | 07/02/2019 |
| ID number | 20191544230 | Form | Corporation |
| Periodic report month | July | Jurisdiction | Colorado |
| Principal office street address | 5243 Galley Rd, Colorado Springs, CO 80915, United States | | |
| Principal office mailing address | n/a | | |

| Registered Agent | |
|---|---|
| Name | Thomas Patrick Hamner |
| Street address | 10442 Beckham St, Peyton, CO 80831, United States |
| Mailing address | n/a |

Filing history and documents

Trade names

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[ Back ]

Terms & conditions | Browser compatibility

## RE: Tom Hamner - November 12, 2021

To whom it may concern:

I have known Tom Hamner for a few months. I can't remember exactly when & where we met. But, we run into each other in many meetings where various candidates for school board members were participating in public forums so that we can ask questions and get to know how they would be and perform as members of a School Board, if elected. Tom is a regular at the Road Church 6:00 a.m. Men's Breakfast each Tuesday. When I found out about his business, I talked to Tom about eventually, when budget allowed, having him upgrade our kitchen counter tops with his high-end professional workmanship.

Any time I've observed Tom, he always has a big infectious smile on his face. He often makes you smile or laugh whenever you see him with his very pleasant demeanor and general joking around attitude towards life. I have witnessed many times where he has stepped up to help people, introduce someone to others who might help them in a given situation.

I've seen Tom give an entire day of his normal workweek time to organize and facilitate an education day to help in the community at large. I watched him talk to people and give them helpful follow up information. Everyone responded with thankfulness and very pleasantly to his pleasant presentation of helpful info. Once, Tom gave up a long evening to take some candidates to a large group of people who would likely hear them present themselves and then turn into supporters. It was a very successful evening meeting and everyone was very glad that he brought the candidates so that group of people could get to know them firsthand. Then he took more time to have dinner with some of the leaders in that meeting so they could get to know the candidates even better. Tom is a benevolent connector of good people. In the short time I've known Tom, that's kind of a sum-total of how I'd view him. He uses his time and resources to bring good people together and to support goodness in various ways in the Colorado Springs community and in the state of Colorado.

Tom is the type of person to diffuse a stressful situation with his gregarious and cool calm demeaner. His positive attitude is contagious to those around him along with his generous giving attitude.

For these reasons, I have introduced Tom to others I know on a regular basis. I believe others' lives are enriched by getting to know him. He is fun and jokingly has fun in a crowd and makes others laugh. He seems very knowledgeable about many various topics. Because of that, he educates others when the opportunity presents itself. Never forcing his opinion on others but offering when appropriate.

If you have any questions, please feel free to contact me.

Sincerely,

David Winney

719-650-5699

davidwinney.co@gmail.com