AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## for the

District of      Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. *21-mj-00186-Skc* |
| | ) | |
| Thomas Patrick Hamner | ) | Charging District's Case No. *21-mj-0064l* |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  District of Columbia

I have been informed of the charges and of my rights to:

(1)      retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)      an identity hearing to determine whether I am the person named in the charges;

(3)      production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)      a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)      a hearing on any motion by the government for detention;

(6)      request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑      an identity hearing and production of the warrant.

☐      a preliminary hearing.

☐      a detention hearing.

☐      an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

     I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   11/15/2021

                                   *Defendant's signature*

                                   *Signature of defendant's attorney*

Jennifer Beck

                                   *Printed name of defendant's attorney*