IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-mj-00186-SKC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  THOMAS PATRICK HAMNER,

    Defendant.

---

## UNOPPOSED MOTION TO VACATE AND ENTER COMMITMENT TO ANOTHER DISTRICT

---

The United States of America, by and through undersigned counsel, states and moves as follow as to defendant THOMAS PATRICK HAMNER:

1. On November 9, 2021, the defendant was arrested in the District of Colorado on a warrant based on a criminal complaint issued in the District of Columbia. [ECF #1, 2].  The defendant made his initial appearance in front of U.S. Magistrate Judge S. Kato Crews that same day in <u>United States v. Thomas Patrick Hamner</u>, 21-mj-00186-SKC.  [ECF #2].  At the initial appearance, Judge Crews set an identity and detention hearing for November 15, 2021 and a preliminary hearing for November 23, 2021 to be held in front of U.S. Magistrate Judge Nina Y. Wang.  [ECF #3].

2. On November 15, 2021, the defendant waived identity and the parties presented arguments regarding detention.  The defendant was ordered detained, but

1

Judge Crews did not enter the commitment to the District of Columbia pending the preliminary hearing set for November 23, 2021.  [ECF #8].

3.	On November 19, 2021, a grand jury in the District of Columbia indicted the defendant.  Accordingly, the November 23, 2021 preliminary hearing is no longer necessary, and the only thing left to do in this District is to order the defendant removed to the District of Columbia.

4.	The Government therefore respectfully requests that the Court: (a) vacate the preliminary hearing currently on Judge Wang's calendar for Tuesday, November 23, 2021 at 10:00 a.m., and (b) enter a commitment to another district so that the defendant can be transported to the District of Columbia to face charges there.

5.	The Government has conferred with counsel for the defendant, Jennifer Beck, and she indicated that she does not oppose the requests made herein.

WHEREFORE, the United States respectfully moves as described herein as to defendant THOMAS PATRICK HAMNER.

Respectfully submitted this 22nd day of November, 2021.

> MATTHEW T. KIRSCH
> Acting United States Attorney
>
> By:	s/ Andrea Surratt
> Andrea Surratt
> Assistant United States Attorney
> U.S. Attorney's Office
> 1801 California St., Suite 1600
> Denver, CO 80202
> Telephone: (303) 454-0100
> e-mail:  Andrea.Surratt@usdoj.gov